**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ramon ALVEAR, Defendant–Appellant.**

No. 06–41525
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2008.

Heather Harris Rattan, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Plano, TX, for Plaintiff–Appellee.

Ramon Alvear, Seagoville, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ramon Alvear has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Alvear has filed a response and, through counsel, a motion for leave to file a pro se motion for resentencing. Our independent review of the record, counsel's brief, Alvear's response, and Alvear's motion for resentencing discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to file a pro se motion for resentencing is DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.